

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                    * From the 220th District Court
                                         of Comanche County,
                                         Trial Court No. CR04341.

Vs. No. 11-19-00209-CR                 * May 28, 2021

Randy Virgil Echols,                   * Memorandum Opinion by Williams, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court.